---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Colorado, Denver Division

Case number (if known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Cadeso, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

The Otherside Restaurant

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 1 6 1 6 2 7 9

**4. Debtor's address**

**Principal place of business**

900 Moraine Ave.
Number     Street

Estes Park, CO 80517
City            State   ZIP Code

Larimer
County

**Mailing address, if different from principal place of business**

PO Box 3184
P.O. Box

Estes Park, CO 80517
City            State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City            State   ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Cadeso, LLC
           Name                                                     Case number *(if known)*

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than (amount subject to adjustment on and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                 MM / DD / YYYY

               District _____  When _____  Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                            MM / DD / YYYY

Debtor ___Cadeso, LLC_____   Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in** *this district?* | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number    Street<br><br>_____<br>      City        State<br>      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

## ▊ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 100-199 ☐ 200-999  ☐ 5,001-10,000   ☐ 50,000-100,000<br>                     ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000        ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor  <u>Cadeso, LLC</u>
        Name                                                              Case number *(if known)* _____

---

**16.  Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million           ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million          ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million         ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million           ☐ $100,000,001-$500 million        ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>03/13/2020</u>
             MM/ DD/ YYYY

**X** <u>          /s/ Rebeca Solano          </u>                    <u>          Rebeca Solano          </u>
     Signature of authorized representative of debtor                Printed name

Title <u>                Member                </u>

**18.  Signature of attorney**

**X** <u>     /s/ Algirdas Mykolas Liepas     </u>     Date <u>03/13/2020</u>
     Signature of attorney for debtor                       MM/ DD/ YYYY

<u> Algirdas Mykolas Liepas                                                                   </u>
Printed name

<u> Algirdas M. Liepas PC                                                                     </u>
Firm name

<u> 4025 Automation Way Unit C4                                                               </u>
Number      Street

<u> Fort Collins                                      </u>     <u>CO</u>     <u> 80525-3447   </u>
City                                                         State     ZIP Code

<u> (970) 493-3359                         </u>              <u>algirdas@liepas.com           </u>
Contact phone                                               Email address

<u> 15414                                  </u>              <u>CO                            </u>
Bar number                                                  State

---

**Fill in this information to identify the case:**

Debtor name _____ Cadeso, LLC _____

United States Bankruptcy Court for the:

_____ District of Colorado, Denver Division _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Bank of Estes Park** | **Checking account** | **5995** | **$300.00** |

4. **Other cash equivalents** *(Identify all)*

   **None**

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$300.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 **Security Deposit with Landlord** | **$1,700.00** |
|---|---|

Debtor    __Cadeso, LLC__                                              Case number *(if known)* _____
            Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $1,700.00

---

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts Receivable**

    11a. 90 days old or less:        __$0.00__        -    __$0.00__                =  ...... →    $0.00
                                     face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:           __$0.00__        -    __$0.00__                =  ...... →    $0.00
                                     face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    _____

---

| Part 4: | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 2

Debtor  __Cadeso, LLC__                                          Case number *(if known)* _____
          Name

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

| 22.1 __Liquors__ | _____ MM / DD / YYYY | **(Unknown)** | _____ | $1,583.00 |

**Additional Page Total** - *See continuation page for additional entries*                          $1,878.00

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                  $3,461.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

| Debtor | Cadeso, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops — either planted or harvested**

   None

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

   None

31. **Farm and fishing supplies, chemicals, and feed**

   None

32. **Other farming and fishing-related property not already listed in Part 6**

   None

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                                _____

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor __**Cadeso, LLC**_____                     Case number *(if known)* _____
            Name

---

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

   **None**

**40.  Office fixtures**

   **None**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

   41.1  **Computer** _____     (Unknown) _____        $300.00

   **Additional Page Total** - *See continuation page for additional entries*                          $1,990.00

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   **None**

**43.  Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                                        $2,290.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

---

Official Form 106A/B                              **Schedule A/B: Property**                              page **5**

Debtor    **Cadeso, LLC**
Name

Case number *(if known)*

**None**

48.  **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

49.  **Aircraft and accessories**

**None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1  **Decorative pots (Qty. 6)**                    (Unknown)                              $300.00

**Additional Page Total** - *See continuation page for additional entries*                    $16,165.00

51.  **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.                    $16,465.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real Property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

55.  **Any building, or other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

56.  **Total of Part 9**
Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                    _____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

| Debtor | __Cadeso, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**   Intangibles and Intellectual Property

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   None

**61.** **Internet domain names and websites**

   None

**62.** **Licenses, franchises, and royalties**

   None

**63.** **Customer lists, mailing lists, or other compilations**

   None

**64.** **Other intangibles, or intellectual property**

   None

**65.** **Goodwill**

   None

**66.** **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                       _____

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    __Cadeso, LLC__                                    Case number *(if known)* _____
          Name

---

### Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

**None**

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73.  **Interests in insurance policies or annuities**

**None**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76.  **Trusts, equitable or future interests in property**

**None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1  **Versitouch restaurant software system**                                    $1,500.00

78.  **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                 $1,500.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    __Cadeso, LLC__                                      Case number *(if known)* _____
          Name

## Part 12:  Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $300.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $1,700.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | $3,461.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $2,290.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,465.00 | |
| **88. Real property.** *Copy line 56, Part 9*.................................................... | → | |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $1,500.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $25,716.00 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................ | | $25,716.00 |

| Debtor | **Cadeso, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## ◼ Additional Page

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22. Other inventory or supplies - *Continued*** | | | | |
| 22.2 **Beer** | MM / DD / YYYY | **(Unknown)** | | $137.00 |
| 22.3 **Wine** | MM / DD / YYYY | **(Unknown)** | | $1,399.00 |
| 22.4 **Sodas/non-alcoholic beverages** | MM / DD / YYYY | **(Unknown)** | | $342.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. Office equipment - *Continued*** | | | |
| 41.2 **5 POS touch screen units w/cc swipe** | **(Unknown)** | | $1,000.00 |
| 41.3 **5 Thermal printers** | **(Unknown)** | | $350.00 |
| 41.4 **2 Kitchen printers** | **(Unknown)** | | $140.00 |
| 41.5 **Computer (CPU and screen)** | **(Unknown)** | | $500.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. Other machinery, fixtures, and equipment - *Continued*** | | | |
| 50.2 **Oak wood laminate tables (Qty. 29)** | **(Unknown)** | | $580.00 |
| 50.3 **Superior soup warmer** | **(Unknown)** | | $20.00 |
| 50.4 **Restaurant chairs (Qty. 82)** | **(Unknown)** | | $820.00 |
| 50.5 **Dessert display cart** | **(Unknown)** | | $20.00 |
| 50.6 **110 Metal Chairs** | **(Unknown)** | | $1,100.00 |
| 50.7 **Glassware** | **(Unknown)** | | $400.00 |
| 50.8 **Columbus flatware setting** | **(Unknown)** | | $500.00 |
| 50.9 **All porcelain (plates, coffee cups and other)** | **(Unknown)** | | $1,500.00 |
| 50.10 **7 wooden high chairs** | **(Unknown)** | | $35.00 |
| 50.11 **Hostess station** | **(Unknown)** | | $20.00 |
| 50.12 **Leather bench (5 feet)** | **(Unknown)** | | $40.00 |
| 50.13 **Leather bench (3feet)** | **(Unknown)** | | $25.00 |
| 50.14 **Reception table** | **(Unknown)** | | $25.00 |
| 50.15 **4 round glass bar tables** | **(Unknown)** | | $160.00 |
| 50.16 **12 highboy lounge bar chairs** | **(Unknown)** | | $300.00 |
| 50.17 **6 silver lounge bar stools** | **(Unknown)** | | $90.00 |

| Debtor | __Cadeso, LLC__ | | Case number *(if known)* _____ |
|--|--|--|--|
| | Name | | |

## ▮ Additional Page

| | | | |
|--|--|--|--|
| 50.18 | **True upright beer cooler** | (Unknown) | $200.00 |
| 50.19 | **2 Back bar under counter tap** | (Unknown) | $400.00 |
| 50.20 | **Three head beer tap** | (Unknown) | $50.00 |
| 50.21 | **Bar service counter** | (Unknown) | $150.00 |
| 50.22 | **3 LED lighted liquor display shelves 24"** | (Unknown) | $300.00 |
| 50.23 | **4 LED lighted liquor display shelves 18"** | (Unknown) | $200.00 |
| 50.24 | **Three 40" TVs (Vizio and Westinghouse)** | (Unknown) | $300.00 |
| 50.25 | **Plastic salad bar and sneeze guard** | (Unknown) | $50.00 |
| 50.26 | **Salad bar (boat)** | (Unknown) | $50.00 |
| 50.27 | **Table top salad bar 5'** | (Unknown) | $150.00 |
| 50.28 | **Plastic table 8'** | (Unknown) | $30.00 |
| 50.29 | **Pictures** | (Unknown) | $160.00 |
| 50.30 | **Christmas Tree** | (Unknown) | $150.00 |
| 50.31 | **Christmas Wreath** | (Unknown) | $100.00 |
| 50.32 | **Other seasonal decorations** | (Unknown) | $150.00 |
| 50.33 | **Wooden Patio furniture (4 sets)** | (Unknown) | $160.00 |
| 50.34 | **Panasonic microware** | (Unknown) | $25.00 |
| 50.35 | **Sharp Microware** | (Unknown) | $25.00 |
| 50.36 | **Magic chef microware** | (Unknown) | $25.00 |
| 50.37 | **Sandwich prepare table** | (Unknown) | $50.00 |
| 50.38 | **S.s. prep. table 30"x60"** | (Unknown) | $100.00 |
| 50.39 | **S.s. prep. table 30"x24"** | (Unknown) | $80.00 |
| 50.40 | **2 Imperial gas fryers** | (Unknown) | $400.00 |
| 50.41 | **Traulsen dual temp. upright fridge 48"** | (Unknown) | $150.00 |

Debtor    __Cadeso, LLC_____          Case number *(if known)* _____
                 Name

<span style="background:black">    </span> **Additional Page**

| | | |
|---|---|---|
| 50.42  **Traulsen upright pass through fridge 48"** | (Unknown) | $150.00 |
| 50.43  **True sandwich prep. table 67"** | (Unknown) | $70.00 |
| 50.44  **Sandwich prep table 27"** | (Unknown) | $40.00 |
| 50.45  **Electric 2 hole steamtable 45"** | (Unknown) | $120.00 |
| 50.46  **Wall mount montage Salamander 36"** | (Unknown) | $150.00 |
| 50.47  **S.s. counter top w/shelves 24" x 30"** | (Unknown) | $40.00 |
| 50.48  **S.s. counter top w/shelves 84" x 24"** | (Unknown) | $60.00 |
| 50.49  **Wall mount rack 4 shelves 16" x 48"** | (Unknown) | $40.00 |
| 50.50  **Kelvinator ice cream box** | (Unknown) | $40.00 |
| 50.51  **APW bread warmer** | (Unknown) | $30.00 |
| 50.52  **Ss wall mount shelf 84"** | (Unknown) | $30.00 |
| 50.53  **Wall mount rack 4 shelves 16" x 48"** | (Unknown) | $40.00 |
| 50.54  **Wall mount rack 3 shelves 36" x 20"** | (Unknown) | $40.00 |
| 50.55  **Kitchen bus cart** | (Unknown) | $20.00 |
| 50.56  **2 APW rotary toaster** | (Unknown) | $600.00 |
| 50.57  **18 plastic laminate tables** | (Unknown) | $540.00 |
| 50.58  **Wire shelving unit 18" x 72"x 72"** | (Unknown) | $80.00 |
| 50.59  **2 aluminum shelving units 18"x24"x60"** | (Unknown) | $160.00 |
| 50.60  **Wire shelving unit 24"x60"x72"** | (Unknown) | $80.00 |
| 50.61  **Manitowoc ice cooler machine** | (Unknown) | $1,000.00 |
| 50.62  **Ss steam table pans** | (Unknown) | $400.00 |
| 50.63  **Fiberglass cutting boards (20 apx.)** | (Unknown) | $75.00 |
| 50.64  **Aluminum pots and pans (18 apx.)** | (Unknown) | $180.00 |
| 50.65  **Lexan containers 18"x24" (20 apx.)** | (Unknown) | $200.00 |

Debtor   **Cadeso, LLC**
Name                                                              Case number *(if known)* _____

---

| | **Additional Page** |
|---|---|

| 50.66 | **Cambro food containers (48 apx.)** | (Unknown) | | $140.00 |
|---|---|---|---|---|
| 50.67 | **Ss Prep. table** | (Unknown) | | $40.00 |
| 50.68 | **Hobart Buffalo chopper** | (Unknown) | | $80.00 |
| 50.69 | **Ss wall mount shelf 14"x84"** | (Unknown) | | $40.00 |
| 50.70 | **American Eagle mixer** | (Unknown) | | $500.00 |
| 50.71 | **Ss Stand 24"x30"** | (Unknown) | | $40.00 |
| 50.72 | **Ss prep. table w/hand sink** | (Unknown) | | $150.00 |
| 50.73 | **Witco cook and hold oven** | (Unknown) | | $80.00 |
| 50.74 | **Two compartment vegetable prep. sink** | (Unknown) | | $80.00 |
| 50.75 | **Wall mount shelf 48"** | (Unknown) | | $40.00 |
| 50.76 | **Wall mount shelf 36"** | (Unknown) | | $40.00 |
| 50.77 | **Wall mount shelf 9"** | (Unknown) | | $20.00 |
| 50.78 | **Wall mount shelf 5"** | (Unknown) | | $20.00 |
| 50.79 | **Wire shelving unit 20"x36"x84"** | (Unknown) | | $40.00 |
| 50.80 | **Wire shelving unit 24"x30"x84"** | (Unknown) | | $40.00 |
| 50.81 | **4 Wire shelving unit 24"x48"x84" (40c/u)** | (Unknown) | | $160.00 |
| 50.82 | **Belkel Slicer** | (Unknown) | | $30.00 |
| 50.83 | **Ss prep. table 21"x36"** | (Unknown) | | $40.00 |
| 50.84 | **Wire shelving unit 18"x60"x72"** | (Unknown) | | $40.00 |
| 50.85 | **Cook shock smoker** | (Unknown) | | $100.00 |
| 50.86 | **Montague flat top w/oven under** | (Unknown) | | $100.00 |
| 50.87 | **Three hole gas steam table** | (Unknown) | | $150.00 |
| 50.88 | **Plastic containers** | (Unknown) | | $50.00 |
| 50.89 | **Stainless steel containers** | (Unknown) | | $150.00 |

Debtor  **Cadeso, LLC**
Name

Case number *(if known)* _____

| | **Additional Page** |

| | | | |
|---|---|---|---|
| 50.90 | **Shelves** | (Unknown) | $40.00 |
| 50.91 | **Small assortment ware** | (Unknown) | $100.00 |
| 50.92 | **Servers trays** | (Unknown) | $50.00 |
| 50.93 | **Hand mixer** | (Unknown) | $50.00 |
| 50.94 | **12 stainless steel water pitchers** | (Unknown) | $120.00 |
| 50.95 | **16 stainless steel chafers** | (Unknown) | $140.00 |
| 50.96 | **24 water pitcher bottles** | (Unknown) | $120.00 |
| 50.97 | **Imperial double stock convention oven** | (Unknown) | $100.00 |

Fill in this information to identify the case:

Debtor name            Cadeso, LLC

United States Bankruptcy Court for the:

           District of Colorado, Denver Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.**   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**   **Creditor's name**

Colorado Department of Revenue

**Creditor's mailing address**

1375 Sherman Street

Denver, CO 80261

**Creditor's email address, if known**

**Date debt was incurred**   2.28.19-9.30.19

**Last 4 digits of account number**     1   2   1   0

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

    **For Asset: 2 Kitchen printers**

    1) Colorado Department of Revenue

    2) Colorado Department of Revenue

    **For Asset: 5 POS touch screen units w/cc swipe**

    **1) Colorado Department of Revenue**

    2) Colorado Department of Revenue

    **For Asset: 5 Thermal printers**

    **1) Colorado Department of Revenue**

    2) Colorado Department of Revenue

    **For Asset: Bank of Estes Park**

    **1) Colorado Department of Revenue**

    2) Colorado Department of Revenue

**Describe debtor's property that is subject to a lien**

2 Kitchen printers

5 POS touch screen units w/cc swipe

5 Thermal printers

Bank of Estes Park

Beer

*See continuation page.*

**Describe the lien**

Tax Lien-Colorado Wage Withholding

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $14,095.00

Column B: $25,716.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$25,716.00

| Debtor | Cadeso, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**For Asset: Beer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Computer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Computer (CPU and screen)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Security Deposit with Landlord**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 110 Metal Chairs**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 12 highboy lounge bar chairs**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 12 stainless steel water pitchers**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 16 stainless steel chafers**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 18 plastic laminate tables**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 2 aluminum shelving units 18"x24"x60"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 2 APW rotary toaster**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 2 Back bar under counter tap**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

Debtor    Cadeso, LLC
_____    Case number *(if known)* _____
                  Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: 2 Imperial gas fryers**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 24 water pitcher bottles**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 3 LED lighted liquor display shelves 24"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 4 LED lighted liquor display shelves 18"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 4 round glass bar tables**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 4 Wire shelving unit 24"x48"x84" (40c/u)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 6 silver lounge bar stools**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: 7 wooden high chairs**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: All porcelain (plates, coffee cups and other)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Aluminum pots and pans (18 apx.)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: American Eagle mixer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: APW bread warmer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

Debtor    Cadeso, LLC

Name

Case number *(if known)*

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**For Asset: Bar service counter**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Belkel Slicer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Cambro food containers (48 apx.)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Christmas Tree**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Christmas Wreath**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Columbus flatware setting**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Cook shock smoker**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Decorative pots (Qty. 6)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Dessert display cart**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Electric 2 hole steamtable 45"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Fiberglass cutting boards (20 apx.)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Glassware**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

Debtor      Cadeso, LLC                                                    Case number *(if known)*
                Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: Hand mixer**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Hobart Buffalo chopper**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Hostess station**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Imperial double stock convention oven**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Kelvinator ice cream box**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Kitchen bus cart**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Leather bench (3feet)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Leather bench (5 feet)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Lexan containers 18"x24" (20 apx.)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Liquors**
1) Colorado Department of Revenue
**2) Colorado Department of Revenue**

**For Asset: Magic chef microware**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Manitowoc ice cooler machine**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

Debtor   Cadeso, LLC _____      Case number *(if known)* _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: Montague flat top w/oven under**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Oak wood laminate tables (Qty. 29)**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Other seasonal decorations**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Panasonic microware**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Pictures**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Plastic containers**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Plastic salad bar and sneeze guard**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Plastic table 8'**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Reception table**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: Restaurant chairs (Qty. 82)**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: S.s. counter top w/shelves 24" x 30"**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

**For Asset: S.s. counter top w/shelves 84" x 24"**

**1) Colorado Department of Revenue**

2) Colorado Department of Revenue

Debtor __Cadeso, LLC_____   Case number *(if known)* _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: S.s. prep. table 30"x24"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: S.s. prep. table 30"x60"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Salad bar (boat)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Sandwich prep table 27"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Sandwich prepare table**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Servers trays**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Sharp Microware**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Shelves**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Small assortment ware**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Sodas/non-alcoholic beverages**
1) Colorado Department of Revenue
**2) Colorado Department of Revenue**

**For Asset: Ss Prep. table**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Ss prep. table 21"x36"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Ss prep. table w/hand sink**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Ss Stand 24"x30"**

Debtor ___Cadeso, LLC_____     Case number *(if known)* _____
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: Wall mount shelf 48"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wall mount shelf 5"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wall mount shelf 9"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wine**
1) Colorado Department of Revenue
**2) Colorado Department of Revenue**

**For Asset: Wire shelving unit 18" x 72"x 72"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wire shelving unit 18"x60"x72"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wire shelving unit 20"x36"x84"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wire shelving unit 24"x30"x84"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wire shelving unit 24"x60"x72"**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Witco cook and hold oven**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**For Asset: Wooden Patio furniture (4 sets)**
**1) Colorado Department of Revenue**
2) Colorado Department of Revenue

**Remarks:** Unpaid state income tax wage withholding. C.R.S. § 39-22-604(7)(a).

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $11,621.00 | $25,816.00 |
|---|---|---|---|---|
| | Colorado Department of Revenue | Wine | | |

| Debtor | Cadeso, LLC | Case number *(if known)* |
|--------|-------------|--------------------------|
| | Name | |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Line  2.1 | 1  2  1  0 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Line  2.2 | 1  2  1  0 |

| Debtor | Cadeso, LLC | | Case number *(if known)* | |
| | Name | | | |

<span style="background:black;color:white">Part 1:</span> **Additional Page**

**2.**

<span style="background:black;color:white">2.1</span> **Creditor's name**          **Describe debtor's property that is subject to a lien**

Colorado Department of Revenue          Computer

Computer

Computer (CPU and screen)

Security Deposit with Landlord

110 Metal Chairs

12 highboy lounge bar chairs

12 stainless steel water pitchers

16 stainless steel chafers

18 plastic laminate tables

2 aluminum shelving units 18"x24"x60"

2 APW rotary toaster

2 Back bar under counter tap

2 Imperial gas fryers

24 water pitcher bottles

3 LED lighted liquor display shelves 24"

4 LED lighted liquor display shelves 18"

4 round glass bar tables

4 Wire shelving unit 24"x48"x84" (40c/u)

6 silver lounge bar stools

7 wooden high chairs

All porcelain (plates, coffee cups and other)

Aluminum pots and pans (18 apx.)

American Eagle mixer

APW bread warmer

Bar service counter

Belkel Slicer

Cambro food containers (48 apx.)

Christmas Tree

Christmas Wreath

Columbus flatware setting

Cook shock smoker

Decorative pots (Qty. 6)

Dessert display cart

Electric 2 hole steamtable 45"

Fiberglass cutting boards (20 apx.)

Glassware

Hand mixer

Hobart Buffalo chopper

**Fill in this information to identify the case:**

Debtor name _____Cadeso, LLC_____

United States Bankruptcy Court for the:

_____District of Colorado, Denver Division_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

Algirdas M. Liepas PC

4025 Automation Way Unit C4

Fort Collins, CO 80525-3447

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

**2.2** **Priority creditor's name and mailing address**

Algirdas M. Liepas PC

4025 Automation Way Unit C4

Fort Collins, CO 80525-3447

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00    Priority amount: $0.00

Debtor   **Cadeso, LLC**                                  Case number *(if known)* _____
         Name

| Part 1: | Additional Page |

---

**2.3**

**Priority creditor's name and mailing address**

Colorado Department of Revenue

1375 Sherman Street

Denver, CO 80261

**Date or dates debt was incurred**

9.30.18-9.30.19

**Last 4 digits of account number** 6 2 7 9

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Unpaid sales taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

$126,893.88                $126,893.88

---

**2.4**

**Priority creditor's name and mailing address**

Colorado Dept. of Labor and Employment

PO Box 8789

Denver, CO 80201

**Date or dates debt was incurred**

10.1.18-9.30.19

**Last 4 digits of account number** 0 0 - 6

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**
**Remarks:** Unpaid state unemployment taxes.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Unpaid state unemployment taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,291.28                  $9,291.28

---

**2.5**

**Priority creditor's name and mailing address**

IRS Centralized Insolvency

PO Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

10.1.17-12.31.19

**Last 4 digits of account number** 6 2 7 9

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**
**Remarks:** Unpaid Federal employment taxes.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Unpaid Form 941 taxes.

**Is the claim subject to offset?**
☑ No
☐ Yes

$220,168.57                $220,168.57

---

Debtor   **Cadeso, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**2.6** Priority creditor's name and mailing address

IRS Centralized Insolvency

PO Box 7346

Philadelphia, PA 19101

**Date or dates debt was incurred**

2017-2020

**Last 4 digits of account number** 6 2 7 9

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** Includes amounts assessable after commencement of the case.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Unpaid Form 940 Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,624.22                        $3,624.22

---

**2.7** Priority creditor's name and mailing address

Larimer County Treasury

200 W. Oak Street 2100

Ft. Collins, CO 80522-2336

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Sales Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

$856.00                          $856.00

---

| Debtor | **Cadeso, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,517.79 |
|---|---|---|---|
| | Aedo, Grimaldo Camacho | ☐ Contingent | |
| | 2540 Sunset Dr. 142 | ☐ Unliquidated | |
| | Longmont, CO 80501 | ☐ Disputed | |
| | | Basis for the claim: Unpaid salary | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  x  x  x  x | ☑ No  ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $652.90 |
|---|---|---|---|
| | American Produce | ☐ Contingent | |
| | 5151 Bannock St. | ☐ Unliquidated | |
| | Denver, CO 80216-1850 | ☐ Disputed | |
| | | Basis for the claim: Supplies | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  3  3  8  1 | ☑ No  ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,254.00 |
|---|---|---|---|
| | Biz2Credit/Itria Venture | ☐ Contingent | |
| | 1 Penn Plz Ste 4530 | ☐ Unliquidated | |
| | New York, NY 10119-4500 | ☐ Disputed | |
| | | Basis for the claim: Loan | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  0  6  9  3 | ☑ No  ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | Caine & Weiner | ☐ Contingent | |
| | 2000 Warrington Way | ☐ Unliquidated | |
| | Louisville, KY 40222 | ☐ Disputed | |
| | | Collecting foe DLL | |
| | | Basis for the claim: Financial | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  6  8  4  3 | ☑ No  ☐ Yes | |

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $692.94 |
|---|---|---|---|
| | Centurylink | ☐ Contingent | |
| | PO Box 91155 | ☐ Unliquidated | |
| | Seattle, WA 98111 | ☐ Disputed | |
| | | Basis for the claim: Utilities | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number  9  7  7  8 | ☑ No  ☐ Yes | |

Debtor   **Cadeso, LLC**
_____   Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown
--- | --- | --- | ---

**Corporation Service Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2576

Springfield, IL 62708

Basis for the claim:  Monies loaned

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.7** Nonpriority creditor's name and mailing address

**CT Corporation System**

Attn.: SPRS

330 North Brand Blvd. Suite 700

Glendale, CA 91203

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

---

**3.8** Nonpriority creditor's name and mailing address

**C-Y Publications**

7010 6th St N

Oakdale, MN 55128-6146

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  advertising

Is the claim subject to offset?
☑ No
☐ Yes

$219.00

Date or dates debt was incurred   _____

Last 4 digits of account number   x  x  x  x

---

**3.9** Nonpriority creditor's name and mailing address

**Deer Ridge, Inc.**

c/o Scott Webermeier

900 Morraine Ave.

Estes Park, CO 80517

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$52,242.99

Date or dates debt was incurred   xxxxxx

Last 4 digits of account number   x  x  x  x

---

**3.10** Nonpriority creditor's name and mailing address

**DLL**

PO Box 41602

Philadelphia, PA 19101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$2,200.00

Date or dates debt was incurred   _____

Last 4 digits of account number   3  0  8  5

---

Debtor   __Cadeso, LLC__                                                          Case number *(if known)* _____
      Name

| **Part 2:** | Additional Page |
|---|---|

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,333.33 |
|---|---|---|---|

**3.11**

Nonpriority creditor's name and mailing address

EPTV Chanel 8

PO Box 2048

Estes Park, CO 80517

Date or dates debt was incurred _____

Last 4 digits of account number   x  x  x  x

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Advertising

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,333.33

---

**3.12**

Nonpriority creditor's name and mailing address

Farmer's Brothers

4500 Inovation Dr.

Fort Collins, CO 80525

Date or dates debt was incurred _____

Last 4 digits of account number   9  0  9  0

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Supplies

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,356.79

---

**3.13**

Nonpriority creditor's name and mailing address

Flat Iron Provisions

PO Box 481

Frederick, CO 80530

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Supplies

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,034.44

---

**3.14**

Nonpriority creditor's name and mailing address

Food Services of America

5820 Piper Drive

Loveland, CO 80538

Date or dates debt was incurred _____

Last 4 digits of account number   2  2  1  2

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Food supplies

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,500.00

---

**3.15**

Nonpriority creditor's name and mailing address

Global Merchant Cash, Inc.

64 Beaver Street Ste 415

New York, NY 10004

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Monies lent

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

Debtor   __Cadeso, LLC__                                      Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |

---

**3.16** Nonpriority creditor's name and mailing address

Golden Malted

PO Box 129

Concordville, PA 19331

Date or dates debt was incurred   _____

Last 4 digits of account number   __R  2  4  0__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Food supplies__

Is the claim subject to offset?
☑ No
☐ Yes

$1,581.00

---

**3.17** Nonpriority creditor's name and mailing address

NACM Commercial Services

606 N. Pines Road 102

Spokane Valley, WA 99206

Date or dates debt was incurred   _____

Last 4 digits of account number   __3  3  8  1__

Remarks: Collecting for American Produce, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice only__

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

Name and Numbers

PO Box 1479

Pittsburg, KS 66762

Date or dates debt was incurred   _____

Last 4 digits of account number   __5  4  6  3__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Advertising__

Is the claim subject to offset?
☑ No
☐ Yes

$365.20

---

**3.19** Nonpriority creditor's name and mailing address

North American Directory

320 E. 27th Street

Loveland, CO 80538

Date or dates debt was incurred   _____

Last 4 digits of account number   __x  x  x  x__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Advertising__

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

**3.20** Nonpriority creditor's name and mailing address

Panini and Hanks

9931 Oxford Rd.

Longmont, CO 80504

Date or dates debt was incurred   _____

Last 4 digits of account number   __x  x  x  x__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent/Utilities__

Is the claim subject to offset?
☑ No
☐ Yes

$55,200.00

---

Debtor    __Cadeso, LLC_____      Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.21** **Nonpriority creditor's name and mailing address**

Prairie Mountain Media

PO Box 62000

Colorado Springs, CO 80962

Date or dates debt was incurred    _____

Last 4 digits of account number    x   x   x   x

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.00

---

**3.22** **Nonpriority creditor's name and mailing address**

Premium Merchant Funding

55 Water Street, 50th Floor

New York, NY 10004

Date or dates debt was incurred    _____

Last 4 digits of account number    x   x   x   x

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,628.65

---

**3.23** **Nonpriority creditor's name and mailing address**

Procredit

548 Market Street #35697

San Francisco, CA 94104

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.24** **Nonpriority creditor's name and mailing address**

Rocky Mountain Foods Express

4602 Hampshire Street

Boulder, CO 80301

Date or dates debt was incurred    _____

Last 4 digits of account number    x   x   x   x

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

---

**3.25** **Nonpriority creditor's name and mailing address**

Shamrock Food

2540 N. 29th Avenue

Phoenix, AZ 85009

Date or dates debt was incurred    _____

Last 4 digits of account number    7   4   5   8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,509.29

---

| Debtor | __Cadeso, LLC__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**3.26** Nonpriority creditor's name and mailing address

Solano, Rebecca

PO Box 2075

Estes Park, CO 80517

Date or dates debt was incurred _____

Last 4 digits of account number    x   x   x   x

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid salary

Is the claim subject to offset?
☑ No
☐ Yes

$16,350.29

**3.27** Nonpriority creditor's name and mailing address

Southern Glazer's of Colorado

5270 Fox Street

Denver, CO 80216

Date or dates debt was incurred _____

Last 4 digits of account number    9   6   8   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Liquor supplies

Is the claim subject to offset?
☑ No
☐ Yes

$424.66

**3.28** Nonpriority creditor's name and mailing address

Sysco

5000 Beeler Street

Denver, CO 80238

Date or dates debt was incurred _____

Last 4 digits of account number    2   0   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food supplies

Is the claim subject to offset?
☑ No
☐ Yes

$16,154.27

**3.29** Nonpriority creditor's name and mailing address

The Hood Guy

PO Box 233

Timnath, CO 80547

Date or dates debt was incurred _____

Last 4 digits of account number    x   x   x   x

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Maintenance

Is the claim subject to offset?
☑ No
☐ Yes

$830.00

**3.30** Nonpriority creditor's name and mailing address

Torres, Cambios

947 Main St.

Longmont, CO 80501-4500

Date or dates debt was incurred _____

Last 4 digits of account number    x   x   x   x

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Payroll

Is the claim subject to offset?
☑ No
☐ Yes

$1,074.50

Debtor   **Cadeso, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address

US Foods

11955 East Peakview Avenue

Centennial, CO 80111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Food and restaurant supplies.

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

West Chem

PO Box 818

Loveland, CO 80539

Date or dates debt was incurred _____

Last 4 digits of account number  x  x  x  x

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Supplies

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,197.71

---

**3.33** Nonpriority creditor's name and mailing address

Worldwide

6 Venture 305

Irvine, CA 92618

Date or dates debt was incurred _____

Last 4 digits of account number  x  x  x  x

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$55,680.00

---

Debtor    **Cadeso, LLC**
_____    Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Colorado Attorney General**<br>**Ralph L. Carr Colorado Judicial Center**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | Line **2.4**<br>☐ Not listed. Explain _____ | **0   0  -  6** |
| 4.2 **Murr, Siler & Accomazzo, PC**<br>**Att.: G. Stephen Caravajal**<br>**410 Seventeenth Street Suite 2400**<br>**Denver, CO 80202** | Line **3.3**<br>☐ Not listed. Explain _____ | ___ ___ - ___ ___ |
| 4.3 **March and Olive, LLC**<br>**Attn.: Brad March**<br>**1312 South College Avenue**<br>**Fort Collins, CO 80524** | Line **3.9**<br>☐ Not listed. Explain _____ | ___ ___ - ___ ___ |
| 4.4 **Joseph I. Sussman**<br>**333 Pearsall Avenue 205**<br>**Cedarhurst, NY 11516** | Line **3.22**<br>☐ Not listed. Explain _____ | **x   x  -  x   x** |
| 4.5 **Colorado Attorney General**<br>**Ralph L. Carr Colorado Judicial Center**<br>**1300 Broadway, 10th Floor**<br>**Denver, CO 80203** | Line **2.3**<br>☐ Not listed. Explain _____ | ___ ___ - ___ ___ |

Debtor    **Cadeso, LLC**
          _____          Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $360,833.95 |
| 5b. | **Total claims from Part 2** | 5b. + | $353,549.75 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $714,383.70 |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Cadeso, LLC _____

United States Bankruptcy Court for the:

_____ District of Colorado, Denver Division _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** Colorado<br>Contract to be REJECTED<br>**State the term remaining** 0 months<br>**List the contract number of any government contract** | Panini and Hanks<br>9931 Oxford Rd.<br>Longmont, CO 80504 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name               Cadeso, LLC

United States Bankruptcy Court for the:

              District of Colorado, Denver Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include** all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Aedo, Grimaldo Camacho | 2540 Sunset Drive 142 <br> Street <br><br> Longmont, CO 80501 <br> City      State      ZIP Code | Biz2Credit/Itria Venture <br><br><br> Deer Ridge, Inc. <br><br><br> Worldwide | ☐ D  ☑ E/F  ☐ G <br> ☐ D  ☑ E/F  ☐ G <br> ☐ D  ☑ E/F  ☐ G |
| 2.2   Delgado, Carlos | PO Box 7026 <br> Street <br><br> Avon, CO 81620 <br> City      State      ZIP Code | Deer Ridge, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.3   Delgado, Josue | 9172 Medde Street <br> Street <br><br> Westminster, CO 80031 <br> City      State      ZIP Code | Deer Ridge, Inc. | ☐ D  ☑ E/F  ☐ G |
| 2.4   Solano, Elieth | PO Box 7026 <br> Street <br><br> Avon, CO 81620 <br> City      State      ZIP Code | Deer Ridge, Inc. | ☐ D  ☑ E/F  ☐ G |

| Debtor | Cadeso, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<h2>■ Additional Page if Debtor Has More Codebtors</h2>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.5   Solano, Rebecca | PO Box 2075 <br> Street <br><br> Estes Park, CO 80517 <br> City            State        ZIP Code | Biz2Credit/Itria Venture | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Deer Ridge, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Worldwide | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.6   Solano, Rebecca | PO Box 2075 <br> Street <br><br> Estes Park, CO 80517 <br> City            State        ZIP Code | Corporation Service Company | ☐ D <br> ☑ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name _____ Cadeso, LLC _____

United States Bankruptcy Court for the:
_____ District of Colorado, Denver Division _____

Case number (if known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................

   | $25,716.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................

   | $25,716.00 |

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $25,716.00 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

   | $360,833.95 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................

   **+** | $353,549.75 |

4. **Total liabilities**..........................................................................................................................
   Lines 2 + 3a + 3b

   | $740,099.70 |

| Fill in this information to identify the case: |
|---|
| Debtor name _____Cadeso, LLC_____ |
| United States Bankruptcy Court for the: ____District of Colorado, Denver Division____ |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2020_ to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,338,971.57 |
| **For the year before that:** | From _01/01/2018_ to _12/31/2018_<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,015,248.26 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _01/01/2020_ to  Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |
| **For the year before that:** | From _01/01/2018_ to _12/31/2018_<br>MM/ DD/ YYYY      MM/ DD/ YYYY | | |

| Debtor | Cadeso, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____ | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br>_____<br>_____<br><br>_____ | _____<br>_____ | _____<br>_____ |
| **Relationship to debtor**<br>_____ | _____ | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |

Debtor    Cadeso, LLC                                                          Case number *(if known)* _____
          Name

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State      ZIP Code | _____<br>XXXX–___ ___ ___ ___ | _____ | _____ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| | | | |
|---|---|---|---|
| **Case title**<br>High Five Group, LLC vs Cadeso, LLC and Grimaldo E. Camacho Aedo | **Nature of case**<br>_____ | **Court or agency's name and address**<br>Supreme Court of the State of New York<br>Name<br>48 Court Street<br>Street<br>County of St. Lawrence<br>Canton, NY 13617<br>City          State      ZIP Code | **Status of case**<br>☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>EFCV-19-156272 | | | |

| | | | |
|---|---|---|---|
| **Case title**<br>Itria Ventures vs Cadeso, LLC dba The Other Side Restaurant and et al. | **Nature of case**<br>Judgement | **Court or agency's name and address**<br>Supreme Court of the State of New York<br>Name<br>360 Adams Street 4<br>Street<br>County of Kings<br>Brooklyn, NY 11201<br>City          State      ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>519229/2-19 | | | |

| | | | |
|---|---|---|---|
| **Case title**<br>US Foods, Inc vs Cadeso, LLC dba The Other Side Restaurant | **Nature of case**<br>Complaint | **Court or agency's name and address**<br>Larimer County District Court<br>Name<br>201 LaPorte Ave. 100<br>Street<br>Fort Collins, CO 80521<br>City          State      ZIP Code | **Status of case**<br>☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>2019CV | | | |

Debtor      Cadeso, LLC                                                          Case number *(if known)* _____
            Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Itria Ventures LLC v. Cadeso, LLC dba The Other Side Restaurant; Grimaldo E. Camacho | Complaint | Larimer County District Court <br> Name <br> 201 LaPorte Ave. 100 <br> Street <br><br> Fort Collins, CO 80521 <br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| Case number | |
|---|---|
| 2019CV031010 | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br><br> City          State      ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br> Street <br><br> City          State      ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

---

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name <br><br> Street <br><br><br> City          State      ZIP Code <br><br> **Recipient's relationship to debtor** | | | |

---

**Part 5:   Certain Losses**

---

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

Debtor    Cadeso, LLC                                                    Case number *(if known)*
          Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Algirdas M. Liepas PC | Attorney's Fee | 3/11/2020 | $5,000.00 |
| **Address** | | | |
| 4025 Automation Way Unit C4 | | | |
| Street | | | |
| Fort Collins, CO 80525-3447 | | | |
| City                    State        ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

Debtor   Cadeso, LLC
Name                                                                  Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | City          State   ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | |
| Street | From _____ To _____ |
| City          State   ZIP Code | |

---

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Cadeso, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | City          State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:   Personally Identifiable Information**

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|
| | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| **Financial institution name and address** | **Last 4 digits of account number** | **Type of account** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| | | | | |

Debtor    Cadeso, LLC                                                              Case number *(if known)* _____
          Name

| 18.1 | Bank of Estes Park | XXXX– 7  8  1  9 | ☑ Checking | 09/25/2019 | $500.00 |
| | Name | | ☐ Savings | | |
| | 255 Park Lane | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Estes Park, CO 80517 | | | | |
| | City            State     ZIP Code | | | | |

| 18.2 | Bank of Estes Park | XXXX– 9  0  3  2 | ☑ Checking | 09/26/2019 | $12,000.00 |
| | Name | | ☐ Savings | | |
| | 255 Park Lane | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Estes Park, CO 80517 | | | | |
| | City            State     ZIP Code | | | | |

| 18.3 | Key Bank | XXXX– 2  6  1  1 | ☑ Checking | 10/09/2019 | $200.00 |
| | Name | | ☐ Savings | | |
| | 541 Big Thompson Ave. | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | Estes Park, CO 80517 | | | | |
| | City            State     ZIP Code | | | | |

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

| Debtor | Cadeso, LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | _____ |
| Street _____ | _____ | _____ | |
| City          State    ZIP Code | | _____ | |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

---

Debtor ___Cadeso, LLC_____     Case number *(if known)* _____
    Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  _____ | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| _____ | | From _____   To _____ |
| Street | | |
| _____ | | |
| City    State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    Cadeso, LLC                                                              Case number *(if known)* _____
          Name

| Name and address | Dates of service |
|---|---|
| 26a.1.  LBS Taxes | From  10/01/2016    To  present |
| Name | |
| 1110 Main Street | |
| Street | |
| | |
| Longmont, CO 80501 | |
| City                    State            ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Sara Pope, IRS | From  11/2018    To  _____ |
| Name | |
| 301 S. Howes Street 302 | |
| Street | |
| | |
| Fort Collins, CO 80521 | |
| City                    State            ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Aedo, Grimaldo Camacho | |
| Name | |
| 2540 Sunset Dr. 142 | |
| Street | |
| | |
| Longmont, CO 80501 | |
| City                    State            ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  Itria Venture |
| Name |
| 1 Penn Plz Ste 4530 |
| Street |
| |
| New York, NY 10119-4500 |
| City                    State            ZIP Code |

Debtor     Cadeso, LLC
           _____                    Case number *(if known)* _____
           Name

| Name and address |
|---|

26d.2.   Global Merchant Cash
         _____
         Name

         30 Broad Street, 14th Floor
         _____
         Street

         _____

         New York, NY 10004
         _____
         City                              State          ZIP Code

| Name and address |
|---|

26d.3.   Yellowstone Capital
         _____
         Name

         30 Broad Street 1462
         _____
         Street

         _____

         New York, NY 10004
         _____
         City                              State          ZIP Code

| Name and address |
|---|

26d.4.   Colorado Enterprise Funding
         _____
         Name

         1888 Sherman St. 530
         _____
         Street

         _____

         Denver, CO 80203
         _____
         City                              State          ZIP Code

| Name and address |
|---|

26d.5.   Fox Capital Group
         _____
         Name

         300 E. 56th Street 6J
         _____
         Street

         _____

         New York, NY 10021
         _____
         City                              State          ZIP Code

| Name and address |
|---|

26d.6.   Fox Capital Group
         _____
         Name

         1001 N. Federal HWY 310
         _____
         Street

         _____

         Hallandale, FL 33009
         _____
         City                              State          ZIP Code

| Name and address |
|---|

26d.7.   Everest Business Funding
         _____
         Name

         8200 NW. 52nd Terrace, 2nd Floor
         _____
         Street

         _____

         Miami, FL 33166
         _____
         City                              State          ZIP Code

Debtor    Cadeso, LLC                                           Case number *(if known)* _____
          Name

| Name and address |
|---|
| 26d.8. Green Capitol Funding |
| Name |
| 116 Nassau Street 804 |
| Street |
| |
| New York, NY 10038 |
| City                State                ZIP Code |

| Name and address |
|---|
| 26d.9. Flash Funding |
| Name |
| 30 Broad Street 1462 |
| Street |
| |
| New York, NY 10004 |
| City                State                ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| |
| Street |
| |
| City                State                ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Solano, Rebecca | PO Box 2075 Estes Park, CO 80517 | Member, | 50.00 % |
| Aedo, Grimaldo Camacho | 2540 Sunset Drive 142 Longmont, CO 80501 | Memeber, | 50.00 % |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor _____Cadeso, LLC_____    Case number *(if known)* _____
         Name

_____    _____    From _____
                                        To    _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City _____ State ___ ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor** <br> _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

**Part 14:**   Signature and Declaration

Debtor    Cadeso, LLC _____    Case number *(if known)* _____
      Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 03/13/2020 _____
             MM/ DD/ YYYY

**X** _____ /s/ Rebeca Solano _____
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor
      _____ Member _____

Printed name _____ Rebeca Solano _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

| Fill in this information to identify the case: |
| --- |

Debtor name        Cadeso, LLC

United States Bankruptcy Court for the:

District of Colorado, Denver Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Aedo, Grimaldo Camacho<br>2540 Sunset Dr. 142<br>Longmont, CO 80501 | | Unpaid salary | | | | $13,517.79 |
| 2   Biz2Credit/Itria Venture<br>1 Penn Plz Ste 4530<br>New York, NY 10119-4500 | | Loan | | | | $70,254.00 |
| 3   Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261 | | Unpaid sales taxes | | | | $126,893.88 |
| 4   Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261 | | Tax Lien-Colorado Wage Withholding | | $14,095.00 | $25,716.00 | $0.00 |
| 5   Colorado Department of Revenue<br>1375 Sherman Street<br>Denver, CO 80261 | | Tax Lien-Colorado Sales Tax | | $11,621.00 | $25,816.00 | $0.00 |
| 6   Colorado Dept. of Labor and Employment<br>PO Box 8789<br>Denver, CO 80201 | | Unpaid state unemployment taxes | | | | $9,291.28 |
| 7   Deer Ridge, Inc.<br>c/o Scott Webermeier<br>900 Morraine Ave.<br>Estes Park, CO 80517 | (970) 586-2704<br>asta@liepas.com | Equipment | | | | $52,242.99 |
| 8   DLL<br>PO Box 41602<br>Philadelphia, PA 19101 | | Equipment | | | | $2,200.00 |

Debtor    Cadeso, LLC
_____        Case number *(if known)* _____
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | EPTV Chanel 8 PO Box 2048 Estes Park, CO 80517 | | Advertising | | | | $2,333.33 |
| 10 | Food Services of America 5820 Piper Drive Loveland, CO 80538 | | Food supplies | | | | $4,500.00 |
| 11 | IRS Centralized Insolvency PO Box 7346 Philadelphia, PA 19101 | (800) 973-0424 | Unpaid Form 941 taxes. | | | | $220,168.57 |
| 12 | IRS Centralized Insolvency PO Box 7346 Philadelphia, PA 19101 | (800) 973-0424 | Unpaid Form 940 Taxes | | | | $3,624.22 |
| 13 | Panini and Hanks 9931 Oxford Rd. Longmont, CO 80504 | | Rent/Utilities | | | | $55,200.00 |
| 14 | Premium Merchant Funding 55 Water Street, 50th Floor New York, NY 10004 | | Loan | | | | $28,628.65 |
| 15 | Rocky Mountain Foods Express 4602 Hampshire Street Boulder, CO 80301 | | Food Supplies | | | | $3,000.00 |
| 16 | Shamrock Food 2540 N. 29th Avenue Phoenix, AZ 85009 | | Food supplies | | | | $20,509.29 |
| 17 | Solano, Rebecca PO Box 2075 Estes Park, CO 80517 | | Unpaid salary | | | | $16,350.29 |
| 18 | Sysco 5000 Beeler Street Denver, CO 80238 | | Food supplies | | | | $16,154.27 |
| 19 | West Chem PO Box 818 Loveland, CO 80539 | | Supplies | | | | $2,197.71 |
| 20 | Worldwide 6 Venture 305 Irvine, CA 92618 | | Loan | | | | $55,680.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION**

IN RE: **Cadeso, LLC**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____03/13/2020_____      Signature _____ /s/ Rebeca Solano _____

Rebeca Solano, Member

Grimaldo Camacho Aedo
2540 Sunset Dr. 142
Longmont, CO 80501


Grimaldo Camacho Aedo
2540 Sunset Drive 142
Longmont, CO 80501


Algirdas M. Liepas PC
4025 Automation Way Unit C4
Fort Collins, CO 80525-3447


American Produce
5151 Bannock St.
Denver, CO 80216-1850


Biz2Credit/Itria Venture
1 Penn Plz Ste 4530
New York, NY 10119-4500


Caine & Weiner
2000 Warrington Way
Louisville, KY 40222


Centurylink
PO Box 91155
Seattle, WA 98111


Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Colorado Department of
Revenue
1375 Sherman Street
Denver, CO 80261


Colorado Dept. of Labor and
Employment
PO Box 8789
Denver, CO 80201


Corporation Service Company
PO Box 2576
Springfield, IL 62708


CT Corporation System
Attn.: SPRS
330 North Brand Blvd. Suite 700
Glendale, CA 91203


C-Y Publications
7010 6th St N
Oakdale, MN 55128-6146


Deer Ridge, Inc.
c/o Scott Webermeier
900 Morraine Ave.
Estes Park, CO 80517


Carlos Delgado
PO Box 7026
Avon, CO 81620


Josue Delgado
9172 Medde Street
Westminster, CO 80031

DLL
PO Box 41602
Philadelphia, PA 19101


EPTV Chanel 8
PO Box 2048
Estes Park, CO 80517


Farmer's Brothers
4500 Inovation Dr.
Fort Collins, CO 80525


Flat Iron Provisions
PO Box 481
Frederick, CO 80530


Food Services of America
5820 Piper Drive
Loveland, CO 80538


Global Merchant Cash, Inc.
64 Beaver Street Ste 415
New York, NY 10004


Golden Malted
PO Box 129
Concordville, PA 19331


IRS Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

Joseph I . Sussman
333 Pearsall Avenue 205
Cedarhurst, NY 11516

Larimer County Treasury
200 W. Oak Street 2100
Ft. Collins, CO 80522-2336

March and Olive, LLC
Attn.: Brad March
1312 South College Avenue
Fort Collins, CO 80524

Murr, Siler & Accomazzo, PC
Att.: G. Stephen Caravajal
410 Seventeenth Street Suite 2400
Denver, CO 80202

NACM Commercial Services
606 N. Pines Road 102
Spokane Valley, WA 99206

Name and Numbers
PO Box 1479
Pittsburg, KS 66762

North American Directory
320 E. 27th Street
Loveland, CO 80538

Panini and Hanks
9931 Oxford Rd.
Longmont, CO 80504

Prairie Mountain Media
PO Box 62000
Colorado Springs, CO 80962


Premium Merchant Funding
55 Water Street, 50th Floor
New York, NY 10004


Procredit
548 Market Street #35697
San Francisco, CA 94104


Rocky Mountain Foods
Express
4602 Hampshire Street
Boulder, CO 80301


Shamrock Food
2540 N. 29th Avenue
Phoenix, AZ 85009


Elieth Solano
PO Box 7026
Avon, CO 81620


Rebecca Solano
PO Box 2075
Estes Park, CO 80517


Rebecca Solano
PO Box 2075
Estes Park, CO 80517

Southern Glazer's of Colorado
5270 Fox Street
Denver, CO 80216

Sysco
5000 Beeler Street
Denver, CO 80238

The Hood Guy
PO Box 233
Timnath, CO 80547

Cambios Torres
947 Main St.
Longmont, CO 80501-4500

US Foods
11955 East Peakview Avenue
Centennial, CO 80111

West Chem
PO Box 818
Loveland, CO 80539

Worldwide
6 Venture 305
Irvine, CA 92618